| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7/3/2018 Approximately 8:00 PM |
| NAME OF SERVER (PRINT) Jon P. Frey | TITLE Process Server |

RECEIVED
JUL - 9 2018
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

*Check one box below to indicate appropriate method of service*

DEFENDANT: CARDO WINDOWS, INC CASE 1:18-cv-11309-JBS-KMW

☒ Served personally upon the defendant. Place where served: Upon Christopher J. Cardillo, Registered Agent for Cardo Windows Inc 255 HARTFORD RD MOUNT LAUREL, NJ 08054

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) : _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $50 | $25 | $75 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/3/2018
*Date*

*Signature of Server*

1515 Market Street Suite 1200 Philadelphia, PA 19102
*Address of Server*

Additional Information:

Arrived at approximately 7:58 PM. Knocked at Door, the person who answered identified himself as MR. CHRISTOPHER J. CARDILLO.

Description of person served: Caucasian, Approximately 6'0", 200 LB, Muscular build, long black hair, wearing no shirt and short black pants. Approx. 40 years old.

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | 7/3/2018 Approximately 8:00 PM |
| NAME OF SERVER (PRINT) Jon P. Frey | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

RECEIVED
JUL -9 2018
WILLIAM T. WALSH, CLERK

DEFENDANT: CHRISTOPHER J. CARDILLO CASE 1:18-cv-11309-JBS-KMW

☒ Served personally upon the defendant. Place where served: 255 HARTFORD RD MOUNT LAUREL, NJ 08054

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) : _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $50 | $25 | $75 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/3/2018
Date

Signature of Server

1515 Market Street Suite 1200 Philadelphia, PA 19102
*Address of Server*

Additional Information:

Arrived at approximately 7:58 PM. Knocked at Door, the person who answered identified himself as MR. CHRISTOPHER J. CARDILLO.

Description of person served: Caucasian, Approximately 6'0", 200 LB, Muscular build, long black hair, wearing no shirt and short black pants. Approx. 40 years old.

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | 7/3/2018 Approximately 8:26 PM |
| NAME OF SERVER (PRINT) Jon P. Frey | TITLE | Process Server |

Check one box below to indicate appropriate method of service

DEFENDANT: NICHOLAS CARDILLO  CASE 1:18-cv-11309-JBS-KMW

☒ Served personally upon the defendant. Place where served: 33 N RIDING DR CHERRY HILL, NJ 08003

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $50 | $25 | $75 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/3/2018
            Date                Signature of Server

                               1515 Market Street Suite 1200 Philadelphia, PA 19102
Additional Information:         Address of Server

Arrived at approximately 8:25 PM. Knocked at Door, the person who answered identified himself as MR. NICHOLAS CARDILLO.

Description of person served: Caucasian, Approximately 6'0", 165 LB, dark hair in a bun, wearing a dark green/grey polo shirt and dress pants. Approx. 38 years old.

Andrew Perrong
1657 The Fairway #131
Jenkintown, PA 19046

RECEIVED

JUL -9 2018

AT 8:30_____M
WILLIAM T. WALSH, CLERK

Camden Clerk's Office
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Streets
Room 1050
Camden, NJ 08101

$ 000.47⁰
MAILED FROM ZIP CODE 19103
PITNEY BOWES