

Laura D. Ruccolo
lruccolo@capehart.com

July 18, 2018

<u>Via Electronic Filing</u>

Hon. Karen M. Williams
US Magistrate Judge for the District of NJ
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Re:   Andrew Perrong v. Cardo Windows, Inc., et al
      Our File No.  0920-77918
      Docket No.  1:18-cv-11309-JBS-KMW

Dear Judge Williams:

     This office represents the Defendants in the above-captioned matter.  Defendants' counsel has been in touch with the Pro Se Plaintiff in an attempt to settle this matter before engaging in litigation.  To that end, the Pro Se Plaintiff and Defendants have signed the attached a Consent Order extending the time to for Defendants to respond to the Complaint for thirty (30) days.  Accordingly, we respectfully ask the court to sign the attached Consent Order.

     Respectfully submitted,

CAPEHART & SCATCHARD, P.A.

*/s/ Laura D. Ruccolo*

Laura D. Ruccolo

LDR/mdg
Enclosure
6005046.Docx


cc: Andrew Perrong (Regular & Certified Mail R/R/R)