# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY, CAMDEN VICINAGE

| | |
|---|---|
| ANDREW PERRONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL CASE NO.: |
| v. ) | 1:18-CV-11309-JBS-KMW |
| ) | |
| CARDO WINDOWS, INC. ) | |
| d/b/a CASTLE WINDOWS ) | **OFFER OF JUDGMENT** |
| ) | **PURSUANT TO FEDERAL RULE OF** |
| Christopher J. Cardillo, and ) | **CIVIL PROCEDURE 68** |
| ) | |
| Nicholas Cardillo, ) | |
| ) | |
| Defendants. ) | |
| ) | |

TO PLAINTIFF ANDREW PERRONG:

Defendants Cardo Windows, Inc. d/b/a Castle Windows, Christopher J. Cardillo, and Nicholas Cardillo ("Defendants") hereby offer to allow entry of judgment to be taken against them pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: a judgment in favor of plaintiff Andrew Perrong ("Plaintiff") and against Defendants, jointly and severally, in the sum of $6,501.00 (six thousand five hundred and one dollars) plus Plaintiff's costs accrued in this action to date.

If Plaintiff does not accept this offer, he may become obligated to pay Defendants' costs incurred after the making of this offer.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made.

6086245.doc

This offer is not an admission of liability by the Defendants, but rather is made solely for the purpose of compromising a disputed claim.

                                    */s/ Laura D. Ruccolo*
                                    _____
                                    Laura D. Ruccolo
                                    CAPEHART & SCATCHARD, P.A.
                                    Attorneys for Defendantsp.
                                    8000 Midlantic Drive, Suite 300S
                                    PO Box 5016
                                    Mount Laurel, New Jersey 08054-5016
                                    (856) 234-6800
                                    lruccolo@capehart.com

Dated:  August 17, 2018

6086245.doc