UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY, CAMDEN VICINAGE

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 The Fairway #131 Jenkintown, PA 19046<br><br>Plaintiff,<br>vs.<br><br>Cardo Windows, Inc.<br><br>Et Al.<br>Defendants. | Civil Action<br>No. 1:18-CV-11309-JBS-KMW<br><br>Jury Trial Demanded |

### STIPULATION OF DISMISSAL OF ALL DEFENDANTS:

COME NOW Plaintiff ANDREW R. PERRONG and Defendants, through undersigned counsel, and hereby stipulate to this Dismissal against all Defendants, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. In accord with Rule 41(a)(1)(B), such a dismissal is being made WITH PREJUDICE, with each party to bear its own fees and costs.

Dated: **September 18, 2018**

_____
Andrew Perrong
*Plaintiff Pro-Se*

On behalf of the Defendants:

_____
Laura D. Ruccolo, Esq.

So Ordered this __24th__ day
of __September__, 20__18__

_____

1